UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMAR CORNELL NUNALLY,<br><br>   Petitioner,<br><br> v.<br><br>V. M. ALMAGER,<br><br>   Respondent. | No. CV 08-7771 R (FFM)<br><br>ORDER DISMISSING PETITION WITHOUT PREJUDICE |

On March 14, 2011, respondent filed a motion to dismiss the petition without prejudice as being entirely unexhausted. On April 25, 2011, petitioner filed a response, agreeing that the petition is entirely unexhausted and requesting the Court to dismiss the petition without prejudice.

IT THEREFORE IS ORDERED that this action be dismissed without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: _May 5, 2011__

                _____
                MANUEL L. REAL
                United States District Judge

Presented by:

/S/ FREDERICK F. MUMM
 FREDERICK F. MUMM
United States Magistrate Judge