UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JAMAR CORNELL NUNALLY, | ) | No. CV 08-7771 R (FFM) |
| Petitioner, | ) ) | |
| | ) | JUDGMENT |
| v. | ) ) | |
| V. M. ALMAGER, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Dismissing Petition Without Prejudice,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: May 5, 2011

_____
MANUEL L. REAL
United States District Judge